**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-2142

RUBEN DEWAYNE TAYLOR, a/k/a Ruben D. Taylor,
Bishop, Secured Party Creditors and Holder in
due course exempt from Levy without recourse
Propria  Persona  Sui  Juris  Non  de
Dugdahmoundyah  Empire  Affiant  Victim  and
Witness to Criminal Activities,

Plaintiff - Appellant,

versus

UNITED  STATES  BANKRUPTCY  COURT  FOR  SOUTH
CAROLINA; US TRUSTEE; MARY G. SLOCUM, Agent
Trustee in her official and private capacity;
W. RYAN HOVIS, Trustee in his official and
private capacity; HEAD ADMINISTRATOR, Trustee,
his name unknown and can be found in the
record in his private and official capacity,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Cameron McGowan Currie, District
Judge.  (CA-03-4117-3-22BC)

Submitted:  January 27, 2005        Decided:  February 1, 2005

Before LUTTIG and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ruben Dewayne Taylor, Appellant Pro Se.

―――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM

Ruben Dewayne Taylor appeals the district court's order adopting the magistrate judge's recommendation to dismiss without prejudice his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Taylor v. USBC-SC</u>, No. CA-03-4117-3-22BC (D.S.C. filed Aug. 30, 2004 & entered Aug. 31, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>